UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOANNA ANDERSON                               CIVIL ACTION

VERSUS                                        NO: 07-8326

SAFECO INSURANCE COMPANY, ET AL               SECTION: "J"(5)

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to General Insurance Company of America's **Motion to Dismiss Complaint (Rec. Doc. 8)**, set for hearing on January 9, 2008 was submitted timely.  Accordingly, this motion is deemed to be unopposed.

However, for the reasons stated by this Court in <u>Martin v. Safeco Ins. Co.</u>, the borrower in a lender-based insurance policy may be a third-party beneficiary of the insurance contract.  No. 06-6889, 2007 WL 2071662 (E.D. La. July 13, 2007) (finding that a *stipulation pour autrui* existed between the insurance company, the lender, and the borrower).  Therefore, Defendant has not

demonstrated that Plaintiff lacks the requisite standing to sue under the insurance contract.  Accordingly,

**IT IS ORDERED** that General Insurance Company of America's **Motion to Dismiss Complaint (Rec. Doc. 8)** is **DENIED**.

New Orleans, Louisiana, this 15th day of January, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE